COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-419-CR

                                                        

TERESA LYNN BROWN                                                         APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

             FROM THE 89TH
DISTRICT COURT OF WICHITA COUNTY

                                                
----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered the appellant=s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. 
See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                                                                  PER
CURIAM

 

PANEL D:   GARDNER,
WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: August 23, 2007                                                       











[1]See Tex. R. App. P. 47.4.